800 F.2d 1136
 Muhammad (Wali D.), Reid (Eugene), Ross (Charles), Legrier
(Joseph), Smythe (Glenn), Garretson (Daryl),
Harvey (Jerome), Lichlenberger (Robert),
Wickman (James), Barry (Randy)
v.
Fauver (William H.), Hilton (Gary), Morton (Willis), Beyer
(Howard), Tard (Elijah, Jr.), Turner (Anthony), Kuhn
(Joseph), Mitchell (Brigette), Dilorio (Isidore), Newell
(Arther), Rawley (Julianne), Radity (Brian), Makarski
(Robert), Casarella (Vito), Brandt (lewis), Lt. Rochelle,
 NO. 85-5777
 United States Court of Appeals,
Third Circuit.
 AUG 11, 1986
 
 Appeal From: D.N.J.,
 Barry, J.
 
 
 1
 AFFIRMED.